UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X    07CV4468(AKH)
BLANCA GAVIDIA AND ALEXO GAVIDIA,

                                      Plaintiffs,

      -  against –

                                      ANSWER

100 CHURCH, LLC,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., BATTERY PARK CITYAUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOARD OF MANAGERS OF
THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FININCIAL PROPERTIES, INC.,
BROOKFIELD FININCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR
PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING P.C.,
MERRILL LYNCH & CO, INC.,
R Y MANAGEMENT CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TRC ENGINEERS, INC.,
VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC, VERIZON PROPERTIES, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP
TOWER D HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL
                                      Defendants.
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)