UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
BLANCA GAVIDIA AND ALEXO GAVIDIA,       :    07-CV-04468-AKH
                                                             :
                              Plaintiffs,        :
                                                             :    **APPEARANCE**
      - against -                                :
                                                             :
100 CHURCH, LLC, *et al.*,                       :    **ELECTRONICALLY FILED**
                                                             :
                              Defendants.         :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
         October 3, 2007

                              By:     /s/ Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.