KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
BLANCIA GAVIDIA and ALEXO GAVIDIA,

                                                   DOCKET NO.:
                                                   07 CV 4468

                   Plaintiffs,
   -against-

100 CHURCH, LLC, 120 LIBERTY STREET
LLC, ALAN KASMAN DBA AM&G WATERPROOFING
LLC., AMBIENT GROUP INC., ANN TAYLOR    NOTICE OF
STORES CORPORATION, BATTERY PARK    APPEARANCE
CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT,
BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD
FINANCIAL PROPERTIES, L.C., BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT CLEANING
CO., INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW TOWER ASSOCIATES, INC., INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASKO RESTORATION SERVICES
CO., LAW ENGINEERING, P.C., LIBERTY VIEW
ASSOCIATES, INC., LP., MERRILL LYNCH & CO.,
INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,

R Y MANAGEMENT CO., INC., RELATED
BPC ASSOCIATES, INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., R Y MANAGEMENT,
STRUCTURE TONE (UK) INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE RELATED
COMPANIES, L.P., THE RELATED
REALTY GROUP, INC., TOSCORP., INC.,
TRAMMELL CROW COMPANY, TRAMMEL
CROW CORPORATE SERVICES, INC.,
TRC ENGINEERS, INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., L., WFP TOWER B CO., L.P.,
WFP TOWER D CO. G.P.,CORP., WFP TOWER
D HOLDING CO., II L.P, WFP TOWER D
HOLDING I. G.P., CORP., WFP TOWER D CO,
L.P., and ZAR REALTY MANAGEMENT CORP.,
et al.

                      **Defendants.**
-----------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

           **CUNNINGHAM DUCT WORK s/h/i/a**
           **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 11, 2008

                                     Kevin G. Horbatiuk
                                     Kevin G. Horbatiuk (KGH4977)
                                     Attorneys for Defendant
                                     **CUNNINGHAM DUCT WORK s/h/i/a**
                                     **CUNNINGHAM DUCT CLEANING CO., INC.**
                                     RUSSO, KEANE & TONER, LLP
                                     26 Broadway, 28th Floor
                                     New York, New York 10004
                                     (212) 482-0001
                                     RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**BLANCIA GAVIDIA and ALEXO GAVIDIA**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 11th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**BLANCIA GAVIDIA and ALEXO GAVIDIA**
115 Broadway 12th Floor
New York, New York 10006

/s/ Kevin G. Horbatiuk
**KEVIN G. HORBATIUK**