KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER          21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
BLANCIA GAVIDIA and ALEXO GAVIDIA,
                                                                                DOCKET NO.:
                                                                                07 CV 4468

                  Plaintiffs,

  -against-

100 CHURCH, LLC, 120 LIBERTY STREET
LLC, ALAN KASMAN DBA AM&G WATERPROOFING
LLC., AMBIENT GROUP INC., ANN TAYLOR                    NOTICE OF
STORES CORPORATION, BATTERY PARK                        ADOPTION
CITY AUTHORITY, BLACKMON-MOORING                        OF ANSWER TO
STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT,              MASTER COMPLAINT
BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD
FINANCIAL PROPERTIES, L.C., BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT CLEANING
CO., INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW TOWER ASSOCIATES, INC., INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASKO RESTORATION SERVICES
CO., LAW ENGINEERING, P.C., LIBERTY VIEW
ASSOCIATES, INC., LP., MERRILL LYNCH & CO.,
INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,

R Y MANAGEMENT CO., INC., RELATED
BPC ASSOCIATES, INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., R Y MANAGEMENT,
STRUCTURE TONE (UK) INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE RELATED
COMPANIES, L.P., THE RELATED
REALTY GROUP, INC., TOSCORP., INC.,
TRAMMELL CROW COMPANY, TRAMMEL
CROW CORPORATE SERVICES, INC.,
TRC ENGINEERS, INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., L., WFP TOWER B CO., L.P.,
WFP TOWER D CO. G.P.,CORP., WFP TOWER
D HOLDING CO., II L.P, WFP TOWER D
HOLDING I. G.P., CORP., WFP TOWER D CO,
L.P., and ZAR REALTY MANAGEMENT CORP.,
et al.

        **Defendants.**
------------------------------------------------------------------x

  **PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

  **WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
      January 11, 2008

                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **BLANCIA GAVIDIA and ALEXO GAVIDIA**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 11th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**