UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-------------------------------------------------------------------x
BLANCA GAVIDIA and husband ALEXO GAVIDIA

        Plaintiffs,  Index No.: 07 cv 4468

  -against-

RELATED BPC ASSOCIATES, INC.,  **NOTICE OF**
RELATED MANAGEMENT CO., L.P.,  **APPEARANCE**
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC. and **ELECTRONICALLY**
LIBERTY VIEW ASSOCIATES, L.P.,  **FILED**

        Defendants.
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York
    January 23, 2008


            LONDON FISCHER LLP

        By: _____
           Gillian Hines Kost (GK-2880)
           59 Maiden Lane
           New York, New York 10038
           Phone: (212) 972-1000
           Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC.,** and
**LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance