X:/ATS52157/Adoption/

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X
BLANCA GAVIDIA AND ALEXO GAVIDIA,

                         Plaintiffs,

              -against-

100 CHURCH, LLC, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PARTNERS, LP, BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C., MERRILL LYNCH & CO., INC., R Y
MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TRC ENGINEERS, INC.,
VERIZON COMMUNICATIONS, INC., VERIZON NEW
YORK, INC., VERIZON PROPERTIES, INC., WESTON
SOLUTIONS, INC, WFP TOWER D  CO. G.P. CORP., WFP
TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P.

**NOTICE OF
ADOPTION**

**07 CV 4468**

CORP., WFP TOWER D. CO., L.P. AND ZAR REALTY
MANAGEMENT CORP., ET AL.

                                        Defendants.
------------------------------------------------------------------------X

   PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION

as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

   To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

   WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.


Dated: New York, New York
   December 7, 2007


          _____
          ROGER P. McTIERNAN, JR. (RPM 1680)
          BARRY, McTIERNAN & MOORE
          Attorneys for Defendant
          ANN TAYLOR STORES CORPORATION
          2 Rector Street – 14th Floor
          New York, New York  10006
          (212) 313-3600

To:

   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
   Attorneys for Plaintiffs
   115 Broadway, 12th Floor
   New York, New York  10006
   (212) 267-3700