UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| BLANCA GAVIDIA AND ALEXO GAVIDIA, | 07 CV 4468 |
| Plaintiffs, | |
| -against- | NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |
| 100 CHURCH, LLC, et al., | |
| Defendants. | |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT defendant 120 Liberty Street, LLC, as and for its responses to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) related to the Master Complaint, adding new defendants not previously served, filed in the above-referenced action, hereby adopt its Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of In re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above captioned matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

PLEASE TAKE FURTHER NOTICE, that defendant 120 Liberty Street, LLC reserves the right to serve a reply to cross-claim and/or interpose a cross-claim against any and all co-defendants.

WHEREFORE, defendant 120 Liberty Street, LLC demands judgment dismissing the above-captioned action as against it together with its costs and disbursements.

Dated:  February 26, 2008
        Melville, New York

                                YOURS, etc.,

                                _____
                                MARGARET HERRMANN (MH3676)
                                LAWRENCE, WORDEN, RAINIS & BARD, P.C.
                                Attorneys for Defendant 120 LIBERTY STREET, LLC
                                425 Broad Hollow Road, Suite 120
                                Melville NY 11747
                                (631) 694-0033

TO:  WORBY GONER EDELMAN & NAPOLI BERN, LLP
     Attorneys for Plaintiff
     115 Broadway, 12th Fl.
     New York NY 10006
     (212) 267-3700

     DEFENSE COUNSEL SERVED ELECTRONICALLY

## VERIFICATION OF MAILING

HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On February 28, 2008, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

Hon. Alvin K. Hellerstein, U.S. District Judge
U.S. District Court, Southern District of NY
United States Courthouse
500 Pearl Street, Room 1050
New York NY  10007
**COURTESY COPY**

that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
28th day of February, 2008

_____
Notary Public

LORI A. SPITERI
Notary Public, State of New York
No. 4930338
Qualified in Suffolk County
Commission Expires June 20, 2010

3

## VERIFICATION OF MAILING

HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On February 28, 2008, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

WORBY GONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Fl.
New York NY 10006
(212) 267-3700

that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
28th day of February, 2008

_____
Notary Public

LORI A. SPITERI
Notary Public, State of New York
No. 4930338
Qualified in Suffolk County
Commission Expires June 20, 2010

4