UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV4468(AKH)
BLANCA GAVIDIA AND ALEXO GAVIDIA,

                                        Plaintiffs,
        - against –
                                                                        ANSWER TO
                                                                        AMENDED
                                                                        COMPLAINT

100 CHURCH, LLC,
120 LIBERTY STREET LLC,
ALAN KASMAN DBA KASCO,
AM&G WATERPROOFING LLC,
AMBIENT GROUP, INC.,
BATTERY PARK CITYAUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOARD OF MANAGERS OF
THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FININCIAL PROPERTIES, INC.,
BROOKFIELD FININCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR
PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING P.C.,
LIBERTY VIEW ASSOCIATES LP,
MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA INC,
NOMURA SECURITIES INTERNATIONAL INC,
R Y MANAGEMENT CO., INC.,
RELATED BPC ASSOCIATES INC,
RELATED MANAGEMENT CO LP
ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC,
RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE

GLOBAL SERVICES, INC.,
THE RELATED COMPANIES LP,
THE RELATED REALTY GROUP INC.,
TOSCORP INC.,
TRC ENGINEERS, INC.,
VERIZON NEW YORK, INC,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO GP CORP,
WFP TOWER B HOLDING CO LP,
WFP TOWER B CO LP,
WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP
TOWER D HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL
                              Defendants.
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 13, 2008

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                              BY: _____
                                   Heather L. Smar (4622)